UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUSSELL E. BURNS, *et al.*,

      Plaintiffs,

      v.

HALOPOFF & SONS, *et al.*,

      Defendants.

Case No.: 13-CV-3968-YGR

ORDER REQUIRING MEET AND CONFER;
SETTING CASE MANAGEMENT CONFERENCE

The Court, having received and reviewed Plaintiff's Proposed Case Management Order and Defendants' Objections thereto, Dkt. Nos. 28 and 29, hereby orders as follows:

The parties shall meet and confer in person regarding Defendants' objections to the proposed discovery order. A case management conference shall be held in this case on Monday, June 23, 2014 at 2:00 p.m., at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland, in Courtroom 1.

Five business days prior to the case management conference, the parties shall file a joint statement apprising the Court of the status of the negotiations concerning document production.

As set forth in the Court's Standing Order in Civil Cases, each party shall be represented at the case management conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

Dated: June 5, 2014

                        YVONNE GONZALEZ ROGERS
                     UNITED STATES DISTRICT COURT JUDGE