# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL E. BURNS**, *et al.*,<br><br>  **Plaintiffs,**<br><br>  vs.<br><br>**HALOPOFF & SONS, INC.**, *et al.*,<br><br>  **Defendants.** | Case No.: 13-cv-3968 YGR<br><br>**ORDER TO SHOW CAUSE RE: WRIT OF ATTACHMENT; ORDER SETTING HEARING ON APPLICATION FOR WRIT** |

The Court, having received Plaintiffs' Application for Writ of Attachment, or alternatively, Temporary Protective Order (Dkt. No. 41), hereby **ORDERS** Defendants to show cause why the requested Writ or Temporary Protective Order should not issue. Defendants shall file any opposition to Plaintiffs' Application no later than **Monday, January 5, 2015, at 8:00 a.m.**

A hearing on Plaintiffs' Application shall be held on **Monday, January 5, 2015, at 3:00 p.m**. in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

**IT IS SO ORDERED.**

Dated: December 31, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**