United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUSSELL E. BURNS**, *et al.*,<br><br>        **Plaintiffs**,<br><br>    **vs.**<br><br>**HALOPOFF & SONS, INC.**, *et al.*,<br><br>        **Defendants.** | Case No.: 13-cv-3968 YGR<br><br>**ORDER RE: APPLICATION FOR WRIT OF ATTACHMENT AND/OR TEMPORARY PROTECTIVE ORDER** |

For the reasons stated on the record at the hearing on January 5, 2015, the Court hereby **GRANTS** Plaintiffs' request for a temporary protective order.  Defendants shall not undertake to sell any real property for a period of ten (10) days from the date of this Order.

In addition, Plaintiff shall supplement its application with competent and admissible evidence by Tuesday, January 6, 2015.  Defendants shall file any opposition by Thursday, January 8, 2015. The Court will schedule a hearing only if it deems it necessary.

**IT IS SO ORDERED.**

Dated: January 5, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**