1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone: (415) 882-7900
4  Facsimile: (415) 882-9287
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| RUSSELL E. BURNS, et al., | Case No.: C13-3968 YGR |
|---|---|
| Plaintiffs, | [PROPOSED] RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT |
| v. | |
| HALOPOFF & SONS, a California Corporation; JOHN HALOPOFF, an individual | *AS MODIFIED BY THE COURT* |
| Defendants. | |

        The Court has considered the application of Plaintiffs, Russell E. Burns, et al., for a right to attach order and order for issuance of writ of attachment against the property of Defendants, Halopoff & Sons, a corporation qualified to do business in California, and John Halopoff, a natural person who resides in California.

///
///
///
///
///
///

Pursuant to California Code of Civil Procedure Section 485.220, and based on Plaintiffs' application, memorandum of points and authorities, and accompanying Declarations of Shivani Nanda (Dkt. No. 52) and David E. Hayner (Dkt. No. 51), the Court finds:

1. The claim upon which Plaintiffs' application is based is one upon which an attachment may be issued.
2. Plaintiffs have established the probable validity of the claim upon which the attachment is based.
3. The attachment is not sought for a purpose other than the recovery on the claim upon which the attachment is based.
4. The amount to be secured by the attachment is greater than zero.

For the reasons stated above, Plaintiffs application for ex parte right to attach is GRANTED.

Plaintiffs have the right to attach the property of Defendants Halopoff & Sons and John Halopoff in the amount of $338,403.64. No later than **January 20, 2015**, plaintiffs will file a proposed form of writ. The temporary protective order issued on January 5, 2015, is extended until January 20, 2015.

**IT IS SO ORDERED**.

Dated: January 14, 2015

_____
Hon. Yvonne Gonzalez Rogers
United States District Judge