1  Michele R. Stafford, Esq. (SBN 172509)
   Shivani Nanda, Esq. (SBN 253891)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mstafford@sjlawcorp.com
5  snanda@sjlawcorp.com

6  Attorneys for Plaintiffs

7  Justin D. Harris, Esq. (SBN 199112)
   MOTSCHIEDLER, MICHAELIDES, WISHON,
8  BREWER & RYAN, LLP
   1690 West Shaw Avenue, Suite 200
9  Fresno, CA 93711
   (559) 439-4000
10 (559) 439-5654 – Facsimile
   jdh@mmwbr.com
11
   Attorneys for Defendants
12

13                  UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| 15 | RUSSELL E. BURNS, et al., | Case No.: C13-3968 YGR |
|---|---|---|
| 16 | Plaintiffs, | **JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;** |
| 17 | v. | **[PROPOSED] ORDER THEREON** |
| 18 | HALOPOFF & SONS, a California Corporation; JOHN HALOPOFF, an individual | Date:  January 26, 2015 Time:  2:00 p.m. |
| 19 | | Ctrm:  1, 4th Floor |
| 20 | Defendants. | 1301 Clay Street Oakland, California |
| 21 | | Judge: The Honorable Yvonne Gonzalez Rogers |

22

23       Plaintiffs and Defendants respectfully request that the Case Management Conference,

24  scheduled for Monday, January 26, 2015, at 2:00 p.m., be continued for approximately sixty (60)

25  days.  Good cause exists for the granting of the continuance as follows:

26       1.    As the Court's records will reflect, this action was filed on August 27, 2013 to

27  compel Defendants to comply with the terms of their Collective Bargaining Agreement.

28  / / /

2.	Plaintiffs served the Summons and Complaint on Defendants on September 4, 2013.

3.	Plaintiffs performed an audit of Defendants' payroll records for the period of August 1, 2012 through November 30, 2013.  The audit revealed Defendants owed Plaintiffs approximately $127,000.00 for unpaid contributions, plus liquidated damages, interest, and audit fees.

4.	Defendants also owe Plaintiffs approximately $121,000.00 for unpaid contributions for hours worked from September 2012 through January 2014, plus liquidated damages and interest on all unpaid and late-paid contributions through January 2014.

5.	The parties met and conferred regarding amounts due to Plaintiffs, and Defendants claimed that due to financial hardship they are unable to pay their debt.

6.	On November 24, 2014, the parties filed a prior Joint Request to continue the Case Management Conference because the parties were still negotiating a potential resolution of this matter.  On November 25, 2014, the Court granted the parties' Request and the Case Management Conference was continued to January 26, 2015.

7.	The parties have been unable to reach an agreement.

8.	On December 29, 2014, Plaintiffs applied for an *ex-parte* Right to Attach Order and Writ of Attachment after they learned that Defendants' property was being sold to satisfy a debt owed to a bonding company. Plaintiffs sought to protect their right to recover all amounts owed by Defendants.

9.	On January 15, 2015, the Court granted Plaintiffs application and issued a Right to Attach Order and Order for Issuance of Writ of Attachment. (Docket. No. 54).

10.	Plaintiffs are in the process of preparing a Motion for Summary Judgment against Defendants, which they intend to file within the next 30 days.

11.	There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs, as well as the Court's time and resources, the parties respectfully request that the Court continue the currently scheduled Case Management Conference for approximately sixty (60) days to allow sufficient

1 | time for Plaintiffs' to prepare and file a Motion for Summary Judgment against Defendants.

2

3 | Dated: January 16, 2015      **SALTZMAN & JOHNSON LAW CORPORATION**

4

5 | By:    /S/
Shivani Nanda
Attorneys for Plaintiffs

6

7

8 | Dated: January 16, 2015      **MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP**

9

10 | By:    /S/
Justin D. Harris
Attorneys for Defendants

11

12

13 | IT IS SO ORDERED.

14

15 | Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to __March 30, 2015__, and all related deadlines are extended accordingly.

16

17 | Date: January 21, 2015      _[signature]_
THE HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT

18

19–28