AT-135

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Shivani Nanda, Esq. (SBN 253891)<br>Saltzman & Johnson Law Corporation<br>44 Montgomery St., Suite 2110<br>San Francisco, CA 94104<br>TELEPHONE NO.: 415-882-7900    FAX NO. *(Optional):* 415-882-9287<br>E-MAIL ADDRESS *(Optional):* snanda@sjlawcorp.com<br>ATTORNEY FOR *(Name):* Plaintiffs | |

United States District Court, Northern District of CA
STREET ADDRESS: 1301 Clay Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: United States District Court, Northern District of California

PLAINTIFF: Russell E. Burns, et al.

DEFENDANT: Halopoff & Sons, a California Corporation; John Halopoff, an individual

| **WRIT OF ATTACHMENT**<br>[X] AFTER HEARING    [ ] EX PARTE | CASE NUMBER:<br>C13-3968 YGR |
|---|---|

1. TO THE SHERIFF OR ANY MARSHAL OR CONSTABLE OF THE COUNTY OF:

2. TO ANY REGISTERED PROCESS SERVER: You are only authorized to serve this writ in accord with CCP 488.080.

3. This writ is to attach property of defendant *(name and last known address)*:
   Halopoff & Sons, a California Corporation, and John Halopoff, an individual who resides in California

   and the attachment is to secure: $ 338,403.64

4. Name and address of plaintiff:
   Russell E. Burns, et al.
   c/o Saltzman & Johnson Law Corporation
   44 Montgomery St., Suite 2110, San Francisco, CA 94104

5. YOU ARE DIRECTED TO ATTACH the following property or so much thereof as is clearly sufficient to satisfy the amount to be secured by the attachment *(describe property and state its location; itemize by letter)*:
   All real property of Defendants Halopoff & Sons and John Halopoff, in the amount of $338,403.64

   [ ] This information is on an attached sheet.
6. [ ] An interest in the real property described in item 5 stands upon the records of the county, in the name of the following person other than the defendant:
   a. Name:
   b. Mailing address, if known, as shown by the records of the office of the county tax assessor *(specify)*:

7. [ ] The real property on which the
   [ ] crops described in item 5 _____ are growing
   [ ] timber described in item 5 _____ to be cut is standing stands upon the records of the county in the name of
   a. Name:
   b. Address:

[SEAL]

Date: JAN 2 1 2015        Clerk, by _____, Deputy

JESSIE MOSLEY

Page 1 of 1

