Michele R. Stafford, Esq. (SBN 172509)
Shivani Nanda, Esq. (SBN 253891)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
snanda@sjlawcorp.com

Attorneys for Plaintiffs

Justin D. Harris, Esq. (SBN 199112)
MOTSCHIEDLER, MICHAELIDES, WISHON,
BREWER & RYAN, LLP
1690 West Shaw Avenue, Suite 200
Fresno, CA 93711
(559) 439-4000
(559) 439-5654 – Facsimile
jdh@mmwbr.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL E. BURNS, et al., | Case No.: C13-3968 YGR |
| Plaintiffs, | **JUDGMENT PURSUANT TO STIPULATION** |
| v. | |
| HALOPOFF & SONS, INC., a California Corporation; JOHN HALOPOFF, an individual | |
| Defendants. | |

  IT IS HEREBY STIPULATED by and between the undersigned parties hereto, that Judgment may be entered in the within action in favor of the Plaintiffs RUSSELL E. BURNS, et. al. (collectively "Plaintiffs") and against Defendant HALOPOFF & SONS, INC., a California Corporation ("Defendant"), as follows:

  1. Plaintiffs filed a Complaint against Defendant on August 27, 2013 to compel Defendant to comply with the terms of its Collective Bargaining Agreement.

-1-
**JUDGMENT PURSUANT TO STIPULATION**
**Case No.: C13-3968 YGR**

2. Service on Defendant was effectuated on September 4, 2013.

3. Defendant filed an Answer and Demand for Jury Trial on September 17, 2013.

4. The parties desire to resolve this matter by entry of a Judgment by Stipulation against Defendant, without the necessity of further litigation against Defendant.

5. The parties hereby stipulate that Judgment may be entered in favor of Plaintiffs and against Defendant in the total amount of **$366,181.14** as follows:

| DELINQUENT CONTRIBUTIONS | | |
|---|---:|---:|
| 2/13 Contribution Balance ($16,232.28 due) | $14,099.23 | |
| 20% Liquidated Damages on 2/13 Contributions | $3,246.46 | |
| 10% Interest on 2/13 Contributions (through 2/25/15) | $2,711.69 | |
| | | $20,057.38 |
| 3/13 Contribution Balance ($19,396.62 due) | $16,686.37 | |
| 20% Liquidated Damages on 3/13 Contributions | $3,879.32 | |
| 10% Interest on 3/13 Contributions (through 2/25/15) | $3,067.55 | |
| | | $23,633.24 |
| 4/13 Contribution Balance ($20,455.82 due) | $19,040.60 | |
| 20% Liquidated Damages on 4/13 Contributions | $4,091.16 | |
| 10% Interest on 4/13 Contributions (through 2/25/15) | $3,343.84 | |
| | | $26,475.60 |
| 5/13 Contributions | $5,838.86 | |
| 20% Liquidated Damages on 5/13 Contributions | $1,167.77 | |
| 10% Interest on 5/13 Contributions (through 2/25/15) | $975.81 | |
| | | $7,982.44 |
| 6/13 Contribution Balance ($10,880.55 due) | $9,530.97 | |
| 20% Liquidated Damages on 6/13 Contributions | $2,176.11 | |
| 10% Interest on 6/13 Contributions (through 2/25/15) | $1,514.51 | |
| | | $13,221.59 |
| 7/13 Contributions | $7,866.11 | |
| 20% Liquidated Damages on 7/13 Contributions | $1,573.22 | |
| 10% Interest on 7/13 Contributions (through 2/25/15) | $1,183.15 | |
| | | $10,622.48 |
| 8/13 Contributions | $4,622.75 | |
| 20% Liquidated Damages on 8/13 Contributions | $924.55 | |
| 10% Interest on 8/13 Contributions (through 2/25/15) | $656.05 | |
| | | $6,203.35 |
| 9/13 Contributions | $5,132.87 | |
| 20% Liquidated Damages on 9/13 Contributions | $1,026.57 | |
| 10% Interest on 9/13 Contributions (through 2/25/15) | $686.26 | |
| | | $6,845.70 |

Chart continued on the next page…

| | | |
|---|---:|---:|
| 10/13 Contributions | $10,170.42 | |
| 20% Liquidated Damages on 10/13 Contributions | $2,034.08 | |
| 10% Interest on 10/13 Contributions (through 2/25/15) | $1,273.39 | |
| | | $13,477.89 |
| 11/13 Contributions | $13,751.15 | |
| 20% Liquidated Damages on 11/13 Contributions | $2,750.23 | |
| 10% Interest on 11/13 Contributions (through 2/25/15) | $1,608.70 | |
| | | $18,110.08 |
| 12/13 Contributions | $6,099.52 | |
| 20% Liquidated Damages on 12/13 Contributions | $1,219.90 | |
| 10% Interest on 12/13 Contributions (through 2/25/15) | $661.76 | |
| | | $7,981.18 |
| 1/14 Contributions | $3,961.98 | |
| 20% Liquidated Damages on 1/14 Contributions | $792.40 | |
| 10% Interest on 1/14 Contributions (through 2/25/15) | $396.20 | |
| | | $5,150.58 |
| **AUDIT (8/1/12 – 11/30/13):** | | |
| Contribution Underpayments | $126,625.91 | |
| 20% Liquidated Damages | $25,325.18 | |
| 10% Interest (through 2/25/15) | $24,558.05 | |
| Audit Fees | $3,075.42 | |
| | | $179,584.56 |
| Attorneys' Fees (through 2/24/15) | $23,059.00 | |
| Costs (through 2/24/15) | $3,776.07 | |
| | | $26,835.07 |
| **TOTAL DUE:** | | **$366,181.14** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-3-
**JUDGMENT PURSUANT TO STIPULATION**
**Case No.: C13-3968 YGR**

6. This Judgment does not include withdrawal liability, if any.

Dated: March 2, 2015                **OPERATING ENGINEERS LOCAL NO. 3 TRUST FUNDS**

By: _____/S/_____
David E. Hayner
Collections Manager for Plaintiffs

Dated: March 9, 2015                **SALTZMAN & JOHNSON LAW CORPORATION**

By: _____/S/_____
Michele R. Stafford
Attorneys for Plaintiffs

Dated: March 8, 2015                **HALOPOFF & SONS, INC.**

By: _____/S/_____
John Halopoff, President

Dated: March 9, 2015                **MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP**

By: _____/S/_____
Justin D. Harris
Attorneys for Defendant

**ORDER / JUDGMENT**

Judgment shall be entered in Plaintiffs' favor and against Defendant Halopoff & Sons in the amount of $366,181.14 as set forth above.

Dated: March 10, 2015

_____
DISTRICT COURT JUDGE
YVONNE GONZALEZ ROGERS

-4-
**JUDGMENT PURSUANT TO STIPULATION**
Case No.: C13-3968 YGR

**ATTESTATION CERTIFICATE**

In accord with the Northern District of California's General Order No. 45, Section X(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page.

Dated: March 9, 2015

                                 SALTZMAN & JOHNSON
                                 LAW CORPORATION
                  By:                /S/
                                 Michele R. Stafford
                                 Attorneys for Plaintiffs