UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RUSSELL E. BURNS, ET AL.**,

    Plaintiffs,

  v.

**JOHN HALOPOFF**,

    Defendant.

Case No. 13-cv-03968-YGR

**ORDER TO SHOW CAUSE WHY MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT JOHN HALOPOFF SHOULD NOT BE GRANTED**

Re: Dkt. Nos. 62, 67

**TO DEFENDANT JOHN HALOPOFF AND HIS COUNSEL OF RECORD:**

You are hereby **ORDERED TO SHOW CAUSE** why Plaintiffs' Summary Judgment Motion should not be granted.

Plaintiffs Russell E. Burns, *et al.*, filed and served their Motion for Summary Judgment against Defendant John Halopoff ("Halopoff") on March 23, 2015. Defendant Halopoff's response to the motion was due April 6, 2015. As of the date of this order, no response has been filed.

Defendant shall file a written response to this Order to Show Cause, as well as any response to the underlying Motion for Summary Judgment, no later than **April 17, 2015**. Should Defendant fail to respond timely, the Court will deem the motion unopposed and will vacate the hearing on the motion, currently set for April 28, 2015.

**IT IS SO ORDERED.**

Dated: April 10, 2015

                                       **YVONNE GONZALEZ ROGERS**
                                       **UNITED STATES DISTRICT JUDGE**