1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  **RUSSELL E. BURNS, ET AL.**,

        Plaintiffs,

8

    v.

9
10  **JOHN HALOPOFF**,

        Defendant.

11

Case No. 13-cv-03968-YGR

**ORDER DEEMING MOTION FOR SUMMARY JUDGMENT WITHDRAWN**

Re: Dkt. No. 62, 67

12     In light of the long-pending bankruptcy stay in this matter, the motion for summary
13 judgment filed by plaintiffs (Dkt. No. 62) is **DEEMED WITHDRAWN** without prejudice to renewal
14 upon lifting of the stay.

15     This terminates Docket Nos. 62 and 67.

16     **IT IS SO ORDERED.**

17 Dated: April 25, 2018

18
19                 **YVONNE GONZALEZ ROGERS**
                **UNITED STATES DISTRICT COURT JUDGE**

20
21
22
23
24
25
26
27
28